# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, *et al.*, *Plaintiffs,* v. GMS ELEVATOR SERVICES, INC., *et al. Defendants.* | CIVIL ACTION NO. 18-00538 |

**PAPPERT, J.** September 20, 2018

## ORDER

**AND NOW**, this 20th day of September, 2018, upon consideration of Plaintiffs' Motion for Default Judgment, (ECF No. 4), it is **ORDERED** that the Motion is **GRANTED**. Judgment is entered for the Plaintiffs and against GMS Elevator Services, Inc., Pamela Simpkins and Gordon Simpkins, jointly and severally, for $252,714.12 in the following amounts:

1. $67,566.80 in unpaid contributions;
2. $1,633.73 in accrued interest on the unpaid contributions;
3. $103,737.40 in amount determined by the payroll audit;
4. $585.10 in unremitted elective deferrals;
5. $39,175.17 in accrued interest on late or unremitted elective deferrals;
6. $30,615.17 in liquidated damages;
7. $8,610.75 in attorneys' fees;
8. $790.00 in costs.

It is further **ORDERED** the Defendants shall report employee hours and pay contributions to the Trustees on time pursuant to the Collective Bargaining Agreement, and submit all outstanding forms, deferrals, and interest and lost earnings to Trustees.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.